Turner P. Smith (TS-8052)
Joshua L. Blosveren (JB-6194)
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061
Telephone: (212) 696-6000
Facsimile: (212) 697-1559

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
                                                            :
HUTZLER MANUFACTURING COMPANY, INC.                         :
                                                            :
                        Plaintiff,                          :
                                                            :
            -against-                                       :
                                                            :   08 Civ. 4579 (GEL)
ANJALI IMPORTS INC. and NON-FOODS                           :
MARKETING, INC.,                                            :
                                                            :
                        Defendants.                         :
                                                            :
----------------------------------------------------------- X

## RULE 7.1 DISCLOSURE STATEMENT

4625570v1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff Hutzler Manufacturing Company, Inc. ("Hutzler") hereby states that Hutzler has no parent corporation and that no publicly held corporation owns 10% or more of Hutzler's stock.

New York, New York
May 16, 2008

Respectfully submitted,

CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP

By: _____
Turner P. Smith (TS-8052)
Joshua L. Blosveren (JB-6194)

Attorneys for Plaintiff