# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 08 CV 1579

Date Filed: 5/16/2008

Plaintiff:
**Hutzler Manufacturing Company, Inc.**
vs.
Defendant:
**Anjali Imports Inc., et. al.,**
State of New York, County of Albany)ss.:

Received by Rapid &Reliable Attorney Service Inc., to be served on **Anjali Imports Inc.**.

I, J.R. O'Rourke, being duly sworn, depose and say that on the **28th day of May, 2008** at **12:30 pm**, I:

Served the within named **CORPORATION** by delivering two true copies of the **Summons in a Civil Action, Complaint, Civil Cover Sheet, Rule 7.1 Disclosure Statement and Individual Judges Practices, pursuant to section 306 BCL together with statutory service fee in the amount of $40.00** to Donna Christie as Business Document Specialist I of The New York State Department of State, the New York State Department of State being the **Registered Agent** of record of the within named corporation, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5' 4", Weight: 160, Hair: Blond, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server in good standing in the jurisdiction in which the process was served.

Subscribed and Sworn to before me on the 28th day of May, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

PATRICIA A. BURKE
Notary ... New York
...
Commission ... Feb 23, 2010

J.R. O'Rourke
Process Server

**Rapid &Reliable Attorney Service Inc.,**
160 Broadway, Suite 603
New York, NY 10038
(212) 608-1555

Our Job Serial Number: 2008001985