**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HUTZLER MANUFACTURING COMPANY, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>ANJALI IMPORTS INC and NON-FOODS MARKETING, INC.,<br><br>*Defendants.* | Civil Action No. 08 CV 4579 (GEL) |

## DEFENDANT'S STATEMENT PURSUANT TO RULE 7.1

Pursuant to Federal Rule Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for **Defendant ANJALI IMPORTS INC** (a non-governmental entity) certifies that the following are corporate parents, subsidiaries or affiliates of that party, which are publicly held.

**NONE**

| | |
|---|---|
| Dated: July 18, 2008<br>New York, New York | GOTTLIEB, RACKMAN & REISMAN, P.C.<br>Attorneys for Defendant, Anjai Imports, Inc.<br>270 Madison Avenue<br>New York, New York 10016<br>(212) 684-3900<br><br>By_____s/Steven Stern_____<br>      Steven Stern (SS  5203)<br>      Richard S. Schurin (RS 0199) |